AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Hidalgo et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:20-cv-02780 |
| Global K9 Protection Group, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Justin Hidalgo, Courtney Bentley, and Gavin Boomer          .

Date:  04/22/2020

/s/Ramsey Hanafi
*Attorney's signature*

Ramsey Hanafi 262515
*Printed name and bar number*

870 Market St. Ste 1115
San Francisco, CA 94102

*Address*

ramsey@qhplaw.com
*E-mail address*

(415) 735-5285
*Telephone number*

(415) 233-8770
*FAX number*