Christian Schreiber (Cal. Bar No. 245597)
christian@os-legal.com
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Ramsey Hanafi (Cal. Bar No. 262515)
ramsey@qhplaw.com
QUINTANA HANAFI LLP
870 Market Street, Suite 819
San Francisco, CA 94102
Telephone: (415) 504-3121

*Class Counsel*

Richard E. Bromley (Cal Bar No. 156260)
rbromley@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 909-7775

*Attorneys for Defendant GLOBAL K9 PROTECTION GROUP, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN HIDALGO, COURTNEY BENTLEY, and GAVIN BOOMER,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL K9 PROTECTION GROUP LLC,<br><br>Defendant. | Case No. 3:20-cv-02780-VC<br><br>[PROPOSED] **JUDGMENT**<br><br>Judge:   Hon. Vince Chhabria |

## ~~[PROPOSED]~~ JUDGMENT

By Order filed September 1, 2021, the Court granted final approval of the parties' class action settlement and awarded Plaintiffs' attorneys' fees, costs, and service awards. The terms of the Settlement have been fully performed.

Final judgment is therefore ordered on the terms set forth in the Final Approval Order.

The Clerk may close the file.

**IT IS SO ORDERED.**

Date: July 15, 2022

Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE